**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-7785**

_____

ALONZO GREENE,

Plaintiff – Appellant,

v.

DURHAM COUNTY POLICE DEPARTMENT, sued in individual and official capacity; R. C. SWARTZ, Durham County police officer sued in individual and official capacity; JOHN DOE, #1(DPO), Police Investigator, sued in individual and official capacity; JOHN DOE, #2(DPO), Police Investigator, sued in individual and official capacity; JOHN DOE, DPO (Supervisor at scene), sued in individual and official capacity,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Catherine C. Eagles, District Judge. (1:13-cv-00452-CCE-JEP)

_____

Submitted: June 25, 2015            Decided: June 29, 2015

_____

Before GREGORY, FLOYD, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Alonzo Greene, Appellant Pro Se. Kimberly Martin Rehberg, CITY ATTORNEY'S OFFICE, Durham, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alonzo Greene appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Greene v. Durham Cnty. Police Dep't, No. 1:13-cv-00452-CCE-JEP (M.D.N.C. Nov. 20, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED